## THE PEOPLE OF THE STATE OF CALIFORNIA, Respondents, *v.* PLUMMER W. THURSTON, Appellant.

By the amended Practice Act, an appeal does not lie from an interlocutory order.

APPEAL from the Court of Sessions of Yuba County.

The defendant was indicted for an assault with a deadly weapon, with the intent to commit bodily injury.

The defendant pleaded specially to the indictment. The Court overruled the plea, and adjudged that the defendant plead over. From the ruling and judgment of the Court, defendant appealed.

*Stephen J. Field* and *G. N. Swezy,* for Appellant.

*J. R. McConnell,* Attorney General, for the People.

MURRAY, C. J., delivered the opinion of the Court. HEYDENFELDT, J., concurred.

By the amended Practice Act, an appeal does not lie from an interlocutory order. The appeal in this case must, therefore, be dismissed.